UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Case No._____ |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF |
| **Eduardo LEDEZMA-Lara** | Title 8, U.S.C., Section 1326 |
| Defendant. | Attempted Entry After Deportation |

The undersigned complainant being duly sworn states:

On or about **April 23, 2008**, within the Southern District of California, defendant **Eduardo LEDEZMA-Lara**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **San Ysidro, California Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Sara Esparagoza, U.S. Customs and Border
Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 24th DAY OF **April 2008.**

_____
UNITED STATES MAGISTRATE JUDGE

## Probable Cause Statement

On April 23, 2008, at approximately 2:30 PM, **Eduardo LEDEZMA-Lara (Defendant)** made application for admission into the United States from Mexico through the San Ysidro, California Port of Entry. Defendant approached a Customs and Border Protection (CBP) Officer who was conducting pedestrian primary inspections. Defendant presented a United States passport #305014560 bearing the name Hermilo RAFAEL de Jesus to the CBP Officer as his entry document. The primary officer questioned defendant as to where he was going and defendant stated he was traveling to Los Angeles. The CBP Officer received a computer generated referral and subsequently referred Defendant to secondary for further inspection.

In secondary, Defendant was queried through the Integrated Automated Fingerprint Identification System (IAFIS), which identified him as Eduardo LEDEZMA-Lara. Defendant was further queried through the Immigration Central Index System (CIS) and the Deportable Alien Control System (DACS) revealing Defendant is a citizen of Mexico having been previously deported from the United States.

Defendant was advised of his Miranda rights, acknowledged his rights and elected to answer questions without the benefit of counsel. Defendant stated he is a citizen of Mexico by birth in Chihuahua, Mexico and that he has no entitlements to enter the United States. Defendant stated that his true name is Eduardo LEDEZMA-Lara and that he purchased the passport that he presented to the CBP officer from a guy on the streets of Tijuana, Mexico for $1000.00 USD. Defendant stated that he has previously been deported from the United States to Mexico and that he has not applied for permission to re-enter the United States.

Immigration Records reveal Defendant has not applied for or received consent from the U.S. Attorney General or his designated successor, the Secretary of the Department of Homeland Security to legally re enter the United States. DACS reflects that Defendant was deported by an Immigration Judge on November 9, 1994 and was last removed from the United States to Mexico on April 21, 2008 through the San Ysidro, California Port of Entry.